UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | CRIMINAL NO: |
| vs. | § | SA:17-CR-00391(7)-XR |
| | § | |
| (7) RICHARD GAMEZ | § | |

**LIST OF WITNESSES**

| FOR GOVERNMENT | FOR DEFENDANT |
| --- | --- |
| 1. Katherine Gutierrez | 1. |
| 2. | 2. |
| 3. | 3. |
| 4. | 4. |
| 5. | 5. |
| 6. | 6. |
| 7. | 7. |
| 8. | 8. |
| 9. | 9. |
| 10. | 10. |
| 11. | 11. |
| 12. | 12. |
| 13. | 13. |
| 14. | 14. |
| 15. | 15. |

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE