UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | CRIMINAL NO: |
| vs. | § | SA:17-CR-00391(7)-XR |
| | § | |
| (7) RICHARD GAMEZ | § | |

**GOVERNMENT EXHIBIT**

| **Exhibit** | **Description** | **Date Admitted** |
|---|---|---|
| #1 | SEALED | 9/11/2019 |

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE