UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
SEP 1 1 2019
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | CRIMINAL NO: SA:17-CR-00391(7)-XR |
| (7) RICHARD GAMEZ | § § | |

## RECEIPT FOR GOVERNMENT'S EXHIBITS

I hereby acknowledge receipt of the following exhibits introduced at the trial proceedings.

These exhibits will be retained until the final disposition of the case.

## SEE THE ATTACHED LISTS

_9/11/19_
DATE

_____
ATTORNEY OR AGENT

_____
ATTORNEY OR AGENT