**FILED**

APR 16 2020

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

## United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

April 16, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 19-50866    USA v. Richard Gamez
                USDC No. 5:17-CR-391-7

The court has denied the motion to extend time to file Anders pro se response in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Christina C. Rachal, Deputy Clerk

Ms. Jeannette Clack
Mr. Joseph H. Gay Jr.
Ms. Kimberly S. Keller