**United States Court of Appeals**
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

FILED
SEP - 9 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

September 09, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 19-50866   USA v. Richard Gamez
               USDC No. 5:17-CR-391-7

Your court-appointed attorney has moved to withdraw as your counsel in the above case.

Under Anders v. California, 386 U.S. 738, (1967), you have the right to respond to your counsel's motion raising any points you choose showing why your appeal has merit and why the court should consider your case. You should state the facts and legal authorities why you think your conviction should be reversed. You have 30 days to respond. Your response may not exceed 30 pages. You need to send us 1 copy and an additional copy should be served on the United States Attorney.

If you do not file a response within 30 days, the court will review counsel's brief and decide whether the appeal is frivolous. If you want your case dismissed, please inform the court of this immediately.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Casey A. Sullivan, Deputy Clerk
504-310-7642

Ms. Jeannette Clack
Mr. Richard Gamez
Mr. Joseph H. Gay Jr.
Ms. Kimberly S. Keller