# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

FILED
FEB 23 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

February 23, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 19-50866   USA v. Gamez
               USDC No. 5:17-CR-391-7

The court has granted an extension of time to and including March 24, 2021 for filing a response to the motion to withdraw as counsel in this case.

No further extensions will be granted.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Laney L. Lampard, Deputy Clerk
504-310-7652

Ms. Jeannette Clack
Mr. Richard Gamez
Mr. Joseph H. Gay Jr.
Ms. Kimberly S. Keller